

United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 13−00646
Dennis Fowler Hightower
**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter** 7

# NOTICE OF HEARING

====================

　　NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge for the District of Columbia, in the above−referenced case on the following date and time:

DATE:  12/2/2015

TIME:  11:30 AM

LOCATION:  Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001

　　The following matter(s) will be considered and acted upon at the time:

MOTION FOR DERIVATIVE STANDING TO BRING AVOIDANCE
ACTION ON BEHALF OF THE ESTATE OF DENNIS FOWLER HIGHTOWER Filed by Dori B. Hightower
(Docket Entry No. 98)

Dated:  11/6/15　　　　　　　　　　　　　　　　　　　　　For the Court:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BY:  am

United States Bankruptcy Court
District of Columbia

In re:                                                                    Case No. 13-00646-smt
Dennis Fowler Hightower                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1          User: mathewes          Page 1 of 1          Date Rcvd: Nov 06, 2015
                              Form ID: ntchrg         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2015.
db              Dennis Fowler Hightower,    1440 Whittier Place, NW,    Washington, DC  20012-2846
612383         +Dori B. Hightower,    c/o Maurice B. VerStandig, Esq.,    Offit Kurman, P.A.,
                 4800 Montgomery Lane, Suite 900,    Bethesda, MD 20814-3465
606756         +Dori Bye Hightower,    543 Wire Mill Road,    Stamford, CT 06903-4715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2015                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2015 at the address(es) listed below:
              David Adam Rosen    on behalf of Creditor    Emigrant Mortgage Company, Inc. drosen@bhlpc.com,
               ptavakol@bhlpc.com;cvincent@bhlpc.com;dmay@bhlpc.com;davidrosen49@hotmail.com
              David E Lynn    on behalf of Debtor Dennis Fowler Hightower davidlynn@verizon.net,
               ecfnotices@verizon.net
              David E Lynn    on behalf of Defendant Dennis Fowler Hightower davidlynn@verizon.net,
               ecfnotices@verizon.net
              Gregory P. Johnson    on behalf of Plaintiff Eugenia  Bye gjohnson@offitkurman.com
              Gregory P. Johnson    on behalf of Plaintiff Dori B. Hightower gjohnson@offitkurman.com
              Maurice Belmont VerStandig    on behalf of Plaintiff Eugenia  Bye mverstandig@offitkurman.com,
               mac.verstandig@gmail.com
              Maurice Belmont VerStandig    on behalf of Plaintiff Dori B. Hightower mverstandig@offitkurman.com,
               mac.verstandig@gmail.com
              Maurice Belmont VerStandig    on behalf of Creditor Dori Bye Hightower mverstandig@offitkurman.com,
               mac.verstandig@gmail.com
              Natalie S. Walker    on behalf of Trustee Wendell W. Webster nwalker@websterfredrickson.com
              Shannon Jacob Posner    on behalf of Creditor    The Harbor Bank of Maryland sjposner@posner-law.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
              Wendell W. Webster    on behalf of Trustee Wendell W. Webster gspence@wfcplaw.com,
               DC03@ecfcbis.com
              Wendell W. Webster    gspence@wfcplaw.com,    DC03@ecfcbis.com
                                                                                              TOTAL: 13