**The order below is signed, and within 7 days after entry of this order, Ms. Hightower shall file an amended complaint in Adversary Proceeding No. 15-10023 alleging that she is suing on behalf of the bankruptcy estate.**

**Dated: December 3, 2015.**



_____
S. Martin Teel, Jr.
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

DENNIS FOWLER HIGHTOWER,

              Debtor.

Case No. 13-00646-SMT

Chapter 7

## CONSENT ORDER

Upon consideration of the Motion for Derivative Standing to Bring Avoidance Action on Behalf of the Estate of Dennis Fowler Hightower (the "Motion"), the consent thereto as expressed by the trustee's s(the "Trustee") signature hereunder, and the entire record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Dori Hightower is granted leave to file a motion for fraudulent conveyance against Dennis Fowler Hightower, the debtor herein, *nunc pro tunc* to October 5, 2015, and is directed to proceed with service of process of the same complaint as filed in this matter; and it is further

ORDERED, that Dori Hightower shall bear her own attorneys' fees in prosecution of the adversary proceeding she has filed herein; and it is further

ORDERED, that after payment of any approved administrative expenses, the proceeds of Ms. Hightower's adversary proceeding against the debtor herein shall constitute an asset of the estate and be immediately turned over to the estate for administration by the Trustee, and Ms. Hightower shall not have any priority claim to said proceeds by virtue of her prosecution of the underlying suit.

WE ASK FOR THIS:

| WEBSTER, FREDRICKSON, CORREIA & PUTH | OFFIT KURMAN, P.A. |
|---|---|
| /s/ Natalie Walker | /s/ Maurice B. VerStandig |
| Natalie Walker, Esq. | Maurice B. VerStandig, Esq. |
| 1775 K Street, NW, Suite 600 | 4800 Montgomery Lane, Suite 900 |
| Washington, DC 20006 | Bethesda, MD 20814 |
| Telephone: (202) 659-8510 | Telephone: (240) 507-1714 |
| Facsimile: (202) 659-4082 | Facsimile: (240) 507-1735 |
| Bar No. 499276 | Bar No. MD18071 |
| Email: nwalker@websterfredrickson.com | Email: mverstandig@offitkurman.com |
| Counsel for the Chapter 7 Trustee | Counsel for Dori B. Hightower |

4827-9002-4746, v. 1