IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                   )    CASE NO. 13-646-SMT
                                         )    (CHAPTER 7)
DENNIS F. HIGHTOWER, a/k/a               )
DENNIS FOWLER HIGHTOWER                  )
                                         )
         DEBTOR.                         )
_____  )

# NOTICE OF APPEAL
## (Official Form 417A)[1]

PART I – IDENTIFY THE APPELLANT

1. Name of appellant: Dori Hightower.

2. Position of appellant in the bankruptcy case that is the subject of this appeal: Creditor.

PART II – IDENTIFY THE SUBJECT OF THIS APPEAL

1. Describe the judgment, order or decree appealed from: An order granting the debtor relief from the automatic stay for purposes of pursuing domestic relations litigation against the appellant in state court (DE #138).

2. State the date on which the judgment, order or decree was entered: January 6, 2016.

PART III – IDENTIFY THE OTHER PARTIES TO THE APPEAL

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys.

1. Dennis Fowler Hightower (debtor herein)     Attorney: David E. Lynn, Esq.

---

[1] Federal Rule of Bankruptcy Procedure 8003(a)(3)(A) requires this notice to "conform substantially to the appropriate Official Form." Section Four of the official form is being omitted herein since the District of Columbia Circuit does not presently maintain a bankruptcy appellate panel. Other aspects of the correlative form have been modified for ease of reading.

1

|   |   |   |
|---|---|---|
|   |   | 15245 Shady Grove Road |
|   |   | Suite 465N |
|   |   | Rockville, Maryland 20850 |
| 2. | Dori Hightower (appellee herein, creditor) | Attorney: Maurice B. VerStandig, Esq. |
|   |   | The VerStandig Law Firm, LLC |
|   |   | 12505 Park Potomac Avenue, Sixth Floor |
|   |   | Potomac, Maryland 20854 |
| 3. | Wendell Webster (trustee herein) | Attorney: Natalie S. Walker, Esq. |
|   |   | Webster, Fredrickson, Correia & Puth |
|   |   | 1775 K Street, NW |
|   |   | Suite 600 |
|   |   | Washington, DC 20006 |

Respectfully submitted,

Dated: January 11, 2016

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
12505 Park Potomac Avenue
Sixth Floor
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 576-6885
mac@mbvesq.com
*Counsel for Dori Hightower*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of January, 2016, a copy of the foregoing was served electronically upon filing via the ECF system, and that paper copies of the same were served, by First Class Mail, postage prepaid, upon:

Dennis F. Hightower
1440 Whittier Place, NW
Washington, DC 20012
*Debtor*;

and

David E. Lynn, Esquire
15245 Shady Grove Road
Suite 465N
Rockville, Maryland 20850
*Counsel for the Debtor*;

and

Wendell W. Webster
Webster, Fredrickson, Correia & Puth
1775 K Street, NW
Suite 600
Washington, DC 20006
*Chapter 7 Trustee*

and

Office of The United States Trustee
115 South Union Street, Plaza Level
Suite 210
Alexandria, VA 22314

                    /s/ Maurice B. VerStandig_____
                    Maurice B. VerStandig