
The order below is hereby signed.

Signed: January 6 2016



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DENNIS FOWLER HIGHTOWER ) | Case No. 13-00646 |
| ) | (Chapter 7) |
| Debtor ) | |

***

| | |
|---|---|
| DENNIS FOWLER HIGHTOWER ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| DORI BYE HIGHTOWER ) | |
| ) | |
| and ) | |
| ) | |
| WENDELL W. WEBSTER, Trustee ) | |
| ) | |
| Respondents ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

AT WASHINGTON, in said District:

This matter comes before the Court on the motion (the "Motion for Relief from Stay") of Dennis Fowler Hightower (hereinafter, "Mr. Hightower"), for relief from the automatic stay of 11 U.S.C. § 362(a). Upon consideration of the Motion, and the responses thereto, if any, and for good cause shown, it is, by the Court

ORDERED: That the Motion for Relief from Stay is granted, and it is further

**PAGE ONE**

ORDERED:   That the Superior Court for Fairfield County, Connecticut (hereinafter, the "Superior Court") is hereby authorized to proceed with the divorce case styled *Hightower v. Hightower*, Case No. FBT-FA-11-4037815-S, as follows:

(a)   As it determines appropriate, and without impediment from Mr. Hightower's bankruptcy, the Superior Court may at any time enter a divorce decree terminating the marriage of Dennis Fowler Hightower and Dori Bye Hightower ("Mrs. Hightower").

(b)   As it determines appropriate, and without impediment from Mr. Hightower's bankruptcy, the Superior Court may order or modify any domestic support obligations as between Mr. Hightower and Mrs. Hightower.

(c)   Without impediment from Mr. Hightower's bankruptcy, the Superior Court is authorized to allocate all right, title and interest in and to all property, real and personal, owned by Mr. and/or Mrs. Hightower, whether acquired before or during their marriage, in accordance with the applicable provisions of State law; PROVIDED HOWEVER that any property, or interest in property, allocated by final Order to Mr. Hightower, shall be subject to administration by this Court and Mr. Hightower's Trustee in Bankruptcy in accordance with applicable bankruptcy law.

Copies to:

David E. Lynn, Esq.
15245 Shady Grove Road, Suite 465 N
Rockville, MD 20850

Dori B. Hightower
543 Wire Mill Road
Stamford, Connecticut 06901

Wendell W. Webster, Esq.
Webster & Fredrickson, PLLC
1775 K Street, N.W., Suite 600
Washington, DC 20006

Dennis F. Hightower
1440 Whittier Place, N.W.
Washington, DC 20012-2846

Maurice VerStandig, Esq.
The VerStandig Law Firm, LLC
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854

**END OF ORDER**