IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DENNIS FOWLER HIGHTOWER ) | Case No. 13-00646 |
| ) | (Chapter 7) |
| Debtor ) | |
| ********************************************************************** | |
| EUGENIA BYE ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| DENNIS F. HIGHTOWER ) | |
| ) | |
| and ) | |
| ) | |
| WENDELL W. WEBSTER, Trustee ) | |
| ) | |
| Respondents ) | |

**SUPPLEMENT TO
MOTION TO CONTINUE HEARING
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

On January 17, 2016, Dennis F. Hightower and counsel filed a Motion to Continue the January 28, 2016 hearing on the Motion for Relief from Stay brought by Eugenia Bye, on grounds that Debtor's counsel will be out of town on January 28.

Counsel for Movant Eugenia Bye and for the Trustee Wendell W. Webster have graciously consented to a continuance, as shown in Exhibit A. The Court is requested to continue the matter to February 4, 2016 at 10:30 A.M.

Dated: January 20, 2016          Respectfully submitted,

 /s/ David E. Lynn
David E. Lynn - D.C. Bar No. 360397
15245 Shady Grove Road, Suite 465 North
Rockville, MD  20850
(301) 255-0100
davidlynn@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on   January 20, 2016 , the foregoing was filed via CM/ECF, causing electronic service upon all those designated to receive electronic notices in this case.

 /s/ David E. Lynn
David E. Lynn