# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DENNIS FOWLER HIGHTOWER ) | Case No. 13-00646 |
| ) | (Chapter 7) |
| Debtor ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EUGENIA BYE )
)
               Movant )
)
v. )
)
DENNIS F. HIGHTOWER )
)
and )
)
WENDELL W. WEBSTER, Trustee )
)
               Respondents )

## MOTION TO SHORTEN TIME FOR RESPONDING TO DEBTOR'S DISCOVERY REQUESTS

Dennis F. Hightower, Debtor herein (hereinafter, the "**Debtor**"or "**Respondent**"), by and through counsel, moves this Honorable Court to enter an Order shortening the time for Eugenia Bye (hereinafter, "**Ms. Bye**") to respond to the Debtor's discovery requests propounded herein, as follows:

1.     On December 23, 2015, Ms. Bye filed in this case her Motion for Relief from Automatic Stay (the "**Motion for Relief from Stay**"). A hearing on the Motion for Relief from Stay is presently set for January 28, 2016, although the Debtor has moved to continue that hearing due to the unavailability of Debtor's counsel and a date of February 4, 2016 has been agreed upon as a continuation date.

2.     Contemporaneously herewith, Debtor is propounding discovery requests to Ms. Bye, which are being sent to her counsel by overnight delivery. The Debtor needs the information and documents requested in his discovery to defend against the Motion for Relief from Stay.

3.     To provide sufficient time before the hearing on the Motion for Relief from Stay for Debtor to prepare his case, the Debtor requests this Court to enter an Order shortening the time for responding to its discovery requests, so that **responses shall be due by 5 p.m. on**

**January 29, 2016.**  Under the circumstances prompted by the expedited nature of a Motion for Relief from Stay, the Debtor submits this request is reasonable.

4.  As additional relief, the Debtor requests the Court to approve the deposition of witnesses upon three business days' notice.

5.  The relief requested by this Motion is within the scope of the Court's authority pursuant to the provisions of Rules 7026 and 7028 through 7036 of the Federal Rules of Bankruptcy Procedure ("**FRBP**"), made applicable by the provisions of FRBP 9014, as well as the provisions of FRBP Rule 9006(b) and Rule 4001-1(b) of the Local Rules of this Court.

6.  No separate memorandum of points and authorities is submitted herewith.  The Debtor relies on the recitals of this Motion, the authority cited herein and the record of the instant proceeding.

WHEREFORE, the premises considered, Dennis F. Hightower requests the Court to enter an Order:

(a)  shortening to **5 p.m. on January 29, 2016**, the time for Eugenia Bye to respond to Debtor's discovery requests;

(b)  permitting the Debtor to take depositions in connection with Ms. Bye's Motion for Relief from Stay upon three business days' notice; and

(c)  granting such further relief as is appropriate.

Dated:  January 21, 2016           Respectfully submitted,

  */s/ David E. Lynn*
David E. Lynn - D.C. Bar No. 360397
15245 Shady Grove Road, Suite 465 North
Rockville, MD  20850
(301) 255-0100
davidlynn@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on   January 21, 2016 , the foregoing was filed via CM/ECF, causing electronic service upon all those designated to receive electronic notices in this case.

  */s/ David E. Lynn*
David E. Lynn