IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Dennis F. Hightower ) | CASE NO.: 13-00646-SMT |
| ) | CHAPTER 7 |
| EUGENIA BYE ) | |
| Movant ) | |
| ) | |
| v. ) | |
| DENNIS F. HIGHTOWER ) | |
| ) | |
| and ) | |
| ) | |
| Wendell w. Webster, Trustee ) | |
| Respondents. ) | |

**MOTION TO VACATE ORDER OR IN THE ALTERNATIVE TO EXTEND TIME TO ANSWER DISCOVERY**

Comes now creditor Eugenia L. Bye ("Movant") and moves this Honorable Court to enter an Order either vacating its Order of January 22, 2016 or, in the alternative, to extend Movant's time to answer Debtor Dennis F. Hightower's ("Respondent") Discovery. In support thereof Movant states:

1. On January 21, 2016, at 7:00 pm, Respondent filed a Motion to Shorten Time for Responding to Debtor's Discovery Requests ("Motion"). Docket No 151.

2. Such request offered no explanation for the delay propounding discovery in the first place, nor did it allow Movant an opportunity to respond to Respondent's Motion.

3. This Court, at 11:30 am, January 22, 20156, granted Respondent's Motion and ordered Movant to answer Respondent's Discovery by January 29, 2016 by 5:00 pm ("Order"). Docket No 155.

1

4. The Order allowed Movant seven days to respond to Discovery which Respondent claimed was "propounded herein". (Motion first paragraph).

5. Respondent failed to attach model discovery to its motion, and instead sent the Discovery through overnight mail to counsel's office, to arrive on Friday January 22, 2016.

6. Friday January 22, 2016 also heralded the arrival of snow event Jonas.

7. Counsel's office, like the courts, government, and offices throughout the Washington metropolitan area, closed at noon on Friday January 22, 2016 and did not reopen until Tuesday January 26, 2016 at 9:30 a.m.

8. By noon on January 22, 2016, the Discovery had not been delivered to counsel's office.

9. Respondent failed to email or fax a courtesy copy of the discovery.

10. On Friday January 22, 2016, Counsel's office attempted to make contact with Respondent's counsel by phone to get the discovery. This message has not been returned.

11. On Monday January 25, 2016, Counsel's office attempted to make contact with Respondent's counsel by email to get the discovery. This message has not been returned.

12. Therefore, under the Court's Order, Movant now has only four days to receive, review, and respond to Discovery.

Under the circumstances, Movant requests that this Court rescind its January 22, 2016 Order. Respondent has failed to fulfill his due diligence in propounding discovery. Jonas was not a surprise storm, yet Respondent failed to take simple and necessary steps to ensure his Discovery was provided in a timely manner. He did not have the Discovery delivered first thing, he did not courier the Discovery, nor did he fax or email the Discovery in order to ensure receipt. Respondent has claimed that without responses to his Discovery, he is limited in his defense of

the February 4, 2016 hearing. At this point any deficiency in providing a defense is the fault of the Respondent and his failure to follow appropriate business protocols.

Movant would be highly prejudiced by having to start her response to the Discovery today. Instead of having a week to provide responses, her time has shrunk dramatically. This time period is further compressed in that it is still not business as usual in Virginia. Counsel has only just been able to return to the office after an absence of five days. Similarly, travel to the office for client and counsel remains impeded.

WHEREFORE, Movant requests that this Court vacate its Order permitting shortened time to respond to Respondent's Discovery Requests, or in the alternative, allow for an extension of time to respond until **February 2, 2016 at 5:00 pm**.

Dated: January 26, 2016                               Respectfully Submitted,

                                        By:      /s/ Maria Simon
                                                 Maria Simon, Esq.
                                                 DC Bar # 984101
                                                 The Geller Law Group
                                                 4000 Legato Rd, Suite 1100
                                                 Fairfax, VA 22033
                                                 Phone: 703 652-4365
                                                 Fax: 703 259-8584
                                                 Email: msimon@thegellerlawgroup.com
                                                 *Counsel for Creditor Eugenia Bye*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that of January 26, 2016, a true copy of this motion was mailed, postage paid, to:

Dennis F. Hightower
1440 Whittier Place, NW
Washington, DC 20012-2846

And electronically submitted to:

David E. Lynn
15245 Shady Grove Rd.
Suite 465 N
Rockville, MD 20850

Wendell W. Webster
Webster, Fredrickson, Correia & Puth
1775 K Street, NW
Suite 600
Washington, DC 20006

U.S. Trustee Region Four
U.S. Trustee's Office
115 South Union Street, Suite 210 (Plaza)
Alexandria, VA 22314

                              /s/ Maria Simon
                                  Maria Simon, Esq.