**The order below is signed, and the hearing is continued to February 4, 2016 at 10:30 A.M.**

Dated: January 25, 2016.

                                                                _____
                                                                 **S. Martin Teel, Jr.**
                                                                 **U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DENNIS FOWLER HIGHTOWER | ) | Case No. 13-00646 |
| | ) | (Chapter 7) |
|                 Debtor | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| EUGENIA BYE | ) | |
| | ) | |
|                 Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS F. HIGHTOWER | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WENDELL W. WEBSTER, Trustee | ) | |
| | ) | |
|                 Respondents | ) | |

## ORDER GRANTING MOTION TO CONTINUE HEARING
## ON MOTION FOR RELIEF FROM AUTOMATIC STAY

AT WASHINGTON, in said District:

      Upon consideration of the motion of Dennis F. Hightower, Debtor and Respondent herein and his counsel requesting a continuance of the hearing presently scheduled for January 28, 2016 on the motion of Eugenia Bye for relief from the automatic stay, and any response(s) thereto, for good cause shown, it is, by the Court

PAGE ONE

ORDERED: That the hearing presently scheduled for January 28, 2016 on the Motion for Relief from Stay filed herein by Eugenia Bye is continued to the date and time set forth at the head of this Order.

Copies to:

David E. Lynn, Esq.  
15245 Shady Grove Road, Suite 465 N  
Rockville, MD 20850

Dennis F. Hightower  
1440 Whittier Place, N.W.  
Washington, DC 20012-2846

Wendell W. Webster, Esq.  
Webster & Fredrickson, PLLC  
1775 K Street, N.W., Suite 600  
Washington, DC 20006

Maria C. Simon, Esq.  
The Geller Law Group  
4000 Legato Road, Suite 1100  
Fairfax, VA 22033

**END OF ORDER**